

**MEMO ENDORSED**

Sylvia E. Simson
Tel 212.801.9200
Sylvia.Simson@gtlaw.com

February 11, 2026

**VIA ECF**

Hon. Jessica G. L. Clarke
United States District Court for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:    *Bernstein, et al. v. JPMorgan Chase Bank, N.A., et al.*, No. 1:24-cv-03552-JGLC—
       Joint Letter Motion to Extend Deadline to Submit Stipulation or Proposed Order Regarding
       Electronically Stored Information

Dear Judge Clarke:

We represent JPMorgan Chase Bank, N.A. ("Chase") in the above-captioned action and write with the consent of all Plaintiffs and co-defendant Bank of America, N.A. to seek an extension of time to submit the parties' joint proposed e-discovery order.

Pursuant to paragraph 10 of the Amended Civil Case Management Plan and Scheduling Order dated January 13, 2025 (Dkt. No. 62), "[a]ny proposed order or stipulation regarding electronically stored information shall be filed within 30 days of the date of this Order." To allow the parties time to finalize drafting and negotiating such stipulation and/or proposed order, the parties jointly request an extension of this deadline from February 12, 2026 to **March 5, 2026**. The parties necessitate this additional time as they just completed drafting and negotiating a confidentiality order, which will be filed under separate cover for the Court's consideration.

This is the parties' first request for an extension of this deadline and it is made on consent of all parties. The parties very much appreciate the Court's attention to this matter and to its consideration of the relief sought herein.

Respectfully submitted,

/s/ *Sylvia E. Simson*

Sylvia E. Simson

CC (by ECF):  All counsel of record

Application GRANTED. The Court extends the parties' deadline to file their proposed order or stipulation regarding electronically stored information to March 5, 2026.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE, United States District Judge
Dated: February 12, 2026
White Plains, New York

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com