**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RAPHAEL BERNSTEIN,

                   Plaintiff,                  **ORDER**

      -against-                 **24-CV-3552 (JGLC) (JW)**

JPMORGAN CHASE BANK, N.A. et al,

                 Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Defendants' letter motion for a discovery conference. Dkt. No. 77. The Court will hold a discovery conference on **July 15, 2026 at 2:00 PM**. The hearing will take place in Courtroom 228 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Parties are to file a joint letter **one week** in advance of the conference. The joint letter is to outline each Parties' position and include any statutory authority, supporting caselaw, and proposed next steps. The letter may exceed the typical 3-pages permitted for letter motions.

     SO ORDERED.

DATED:    New York, New York
           June 8, 2026

                                 _Jennifer E. Willis_
                                JENNIFER E. WILLIS
                           United States Magistrate Judge