**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
RAPHAEL BERNSTEIN,

Plaintiff,

-against-

JPMORGAN CHASE BANK, N.A. et al,

Defendant.
--------------------------------------------------------------X

**ORDER**

**24-CV-3552 (JGLC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A conference was held on July 17, 2026, to address Defendants' motion for a Rule 35 examination and Plaintiff's motion for a Rule 26(c) protective order. For reasons more fully stated on the record, the Court orders the following:

1. Plaintiff's motion for protective orders under Rule 26(c) is **DENIED** without prejudice to renewal.
2. Defendants' motion for a Rule 35 examination is **DENIED** as to Mr. Bernstein, who is already being evaluated by forensic psychologist Dr. Bardey.
3. Good cause exists to order an independent examination of Mrs. Bernstein under Rule 35. As such, Defendants' motion for a Rule 35 examination is **GRANTED** as to Mrs. Bernstein.
    a. The scope of the examination is to assess for competency. The examination is to take place at Mrs. Bernstein's home. Plaintiff is to choose three potential experts and send the names to Defendants who will choose the expert to conduct the examination. The date and time of the examination is to be determined by the Parties.

b. The Parties are to file a proposed order including the details ordered by the Court and including the name of the examiner and date and time that the examination will take place by **August 7, 2026**. If the Parties are unable to file the proposed order by that date, the Parties may request an extension.

4. Plaintiff is to file a status letter by **August 7, 2026,** updating the Court as to the status of Dr. Bardey's examination of Mr. Bernstein.

5. The Parties are to order a copy of the transcript of the conference and must provide a copy of it to the Court.

**The Clerk of Court is respectfully requested to close Dkt. No. 77.**

SO ORDERED.

DATED: New York, New York
July 17, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge