The instant, unopposed request to file the psychiatric evaluations of Raphael and Jane Bernstein under seal (Dkt. 94) is **GRANTED.** The Court finds that the privacy interests in Plaintiffs' personal medical records outweigh the public right of access. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). SO ORDERED.

JENNIFER E. WILLIS
United States Magistrate Judge
August 12, 2026

THE GALBRAITH LAW FIRM LLC

August

**<u>VIA ECF</u>**
Jennifer E. Willis,
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

Re: *Bernstein v. JPMorgan Securities et al.,* No. 1:24-cv-03552-JGLC
<u>Letter Motion & Status Report: Forensic Psychiatric Evaluations</u>

Dear Judge Willis:

Pursuant to the Court's July 17, 2026 Order, Plaintiffs submit this letter motion and status report regarding the ongoing forensic psychiatric examinations of Raphael and Jane Bernstein.

Plaintiff Jane Bernstein is scheduled to be evaluated by Dr. Cheryl Paradis, Psy.D., on August 25, 2026. Dr. Paradis is the individual agreed upon by Plaintiffs and Defendants.

Dr. Bardey has completed the forensic psychiatric evaluation of Plaintiff Raphael Bernstein. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, Paragraph 16 of the Confidentiality and Protective Order (ECF No. 68), and Local Civil Rule 5.2, Plaintiffs respectfully submit this letter-motion seeking authorization to file Dr. Bardey's evaluation letter dated July 21, 2026, and Dr. Paradis's forthcoming evaluation letter, under seal. As required by Paragraph 16 of the Protective Order, the filing party bears the burden of justifying that the materials must be submitted under seal. Good cause exists to seal these specific records because they contain deeply private, highly sensitive personal health information regarding the Plaintiffs. Under Paragraph 16 of the Confidentiality and Protective Order, the parties expressly designated medical records as protected confidential material.

Furthermore, this request satisfies the Second Circuit sealing standard articulated *in Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). While a presumption of public access applies to judicial documents, an individual's privacy interest in their non-public personal medical data heavily outweighs that presumption. Sealing these medical records is narrowly tailored to protect the Plaintiffs' traditional privacy rights and will not impact the public's understanding of the underlying legal claims. Counsel for Defendants JPMorgan Chase Bank, N.A., and Bank of America, N.A. have been consulted, and all Defendants consent to this sealing request. This motion does not affect any scheduled deadlines, and there have been no previous requests to file under seal. Plaintiffs respectfully request that Your Honor grant this motion and authorize the Clerk of the Court to maintain these records under seal.

Respectfully submitted,

Kevin D. Galbraith

CC: all counsel of record
(by ECF)