**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

RAPHAEL BERNSTEIN,

Plaintiff,

-against-

JPMORGAN CHASE BANK, N.A. et al,

Defendant.

---------------------------------------------------------------X

**ORDER**

**24-CV-3552 (JGLC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the examinations of Raphael and Jane Bernstein, filed under seal at Dkt. Nos. 102 and 103. The Court set forth its expectations for next steps following these examinations on the record during the Parties' July 17 Conference. See Dkt. No. 91 at Tr. 39:5-24. However, no steps have been taken since the examinations were filed over a month ago.

Accordingly, the Court orders Parties to file a joint update to the Court by **October 21, 2026**. This update shall include the Parties' positions regarding the competency issues, highlight any areas of disagreement, and propose a schedule for next steps.

SO ORDERED.

DATED: New York, New York
October 13, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge